**Order filed May 23, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00353-CV
_____

**DREXEL CORPORATION, Appellant**

**V.**

**EDGEWOOD DEVELOPMENT, LTD, Appellee**

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-21997**

## ORDER

On May 22, 2013, appellant, Drexel Corporation, filed an emergency motion for stay of discovery pending disposition of its application for interlocutory appeal. It appears from the facts stated in the motion petition that appellant's request requires further consideration.

We therefore ORDER that discovery in this case is stayed in trial court cause number 2012-21997, styled *Edgewood Development, Ltd. v. Drexel Corporation.*

Such discovery is stayed until decision by this court of appellant's emergency motion. The court requests that appellee, Edgewood Development, Ltd., file a response to appellant's emergency motion on or before May 31, 2013.


PER CURIAM